UNITED STATES of America, Plaintiff–Appellee,

v.

Andre Patrick HOLLAND, Defendant–Appellant.

No. 08–50434.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2009.

Filed Nov. 17, 2009.

Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Lizabeth A. Rhodes, Esquire, Daniel Benjamin Levin, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Benjamin Lee Coleman, Coleman & Balogh, LLP, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER and IKUTA, Circuit Judges, and SEDWICK,* District Judge.

## MEMORANDUM **

The district court did not err in denying Holland's request to apply the "safety valve" in 18 U.S.C. § 3553(f) on a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2), because modification of a sen-

* The Honorable John W. Sedwick, United States District Judge for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tence under § 3582(c)(2) "does not amount to a new sentencing for purposes of the safety valve statute." *United States v. Stockdale,* 129 F.3d 1066, 1068 (9th Cir. 1997). Moreover, Sentencing Commission policy statements prevent use of § 3553(f) in § 3582(c) proceedings. *See* U.S.S.G. §§ 1B1.10(a)(3), 1B1.10(b)(1). "[C]onsistency with the policy statements is a mandatory condition" under § 3582(c)(2). *United States v. Sipai,* 582 F.3d 994, 995 (9th Cir.2009).

**AFFIRMED.**